NO. 07-10-00380-CR; 07-10-00381-CR; 07-10-00382-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
OCTOBER 8, 2010
--------------------------------------------------------------------------------

 
 DAVID MATTHEW LAYTON, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;
 
 NO. 34,435-C, 34,436-C, 34,437-C; HONORABLE ANA ESTEVEZ, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION
 
Appellant, David Matthew Layton, seeks to appeal orders in each of the above-identified causes denying his requests for post-conviction DNA testing and appointment of counsel. See Tex. Code Crim. Proc. Ann. arts. 64.01, .03, .05 (Vernon Supp. 2010). The orders denying appellant's requests were signed on July 12, 2010. The deadline for perfecting the present appeals was, therefore, August 11, 2010. See Tex. R. App. P. 26.2(a)(1). Appellant filed his notices of appeal on September 27, 2010. Under these circumstances, we lack jurisdiction to dispose of the purported appeals in any manner other than by dismissing them for want of jurisdiction. In re Suhre, No. 03-03-00066-CR, 2003 Tex.App. LEXIS 1343, at *1 (Tex.App. -- Austin Feb. 13, 2003, pet. ref'd).
 Consequently, the appeals are dismissed for want of jurisdiction.

 Mackey K. Hancock
 Justice

Do not publish.